UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROYAL C. FARMS, LLC and
STEPHEN CARTER, individually and as Managing Member
of Royal C. Farms, LLC                                            **PLAINTIFFS**

VS.                                                        NO.: 1:25-cv-01014-SOH

ENTERGY ARKANSAS, LLC, ECO, INC.
And JOHN DOES 1-3                                                 **DEFENDANTS**

## NOTICE of FILING INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO ENTERGY ARKANSAS, LLC

Notice is hereby given that Plaintiff, Royal C. Farms, LLC and Stephen Carter are submitting to Defendant, Entergy Arkansas, LLC their Interrogatories and Request for Production of Documents.

Respectfully Submitted,

Royal C. Farms, LLC
and Stephen Carter, Plaintiffs

By: _____
Richard Byrd
P.O. Drawer 270
Hamburg, Arkansas 71646
(870) 853-8225
byrdlaw@sbcglobal.net

Arkansas Bar No. 82027

## CERTIFICATE OF SERVICE

I certify that this document is being served via email on the 22 day of MAY, 2025 to the following:

William Webster Darling
Entergy Services, LLC
425 West Capitol Avenue, 27th Floor
Little Rock, AR 72201

Jamie Huffman Jones
Friday, Eldredge and Clark, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201

Joshua C. Ashley
Entergy Services, LLC
425 West Capitol Avenue, 27th Floor
Little Rock, AR 72201