IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROYAL C. FARMS, LLC; and
STEPHEN CARTER,
*Individually and as Managing Member of*
*Royal C. Farms, LLC*                                                                    PLAINTIFFS

vs.                                                    Civil No. 1:25-cv-01014

ENTERGY ARKANSAS, LLC, *et al*                                                  DEFENDANTS

**ORDER**

Pending now before the Court is Defendant Entergy Arkansas, LLC ("Entergy") Motion to

Exclude Expert Testimony  (ECF No. 32) and Plaintiffs' Motion for Leave to File Supplemental

Expert Disclosures.  ECF No. 37.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the

Honorable Susan O. Hickey referred this Motion to the undersigned.

With this Motion, Defendant Entergy argues Plaintiffs served untimely and substantively

deficient expert disclosures for proposed witnesses Wendall Moffatt and James Meeks.  ECF No.

32.  According to Defendant Entergy, Federal Rule of Civil Procedure 26(a)(2)(C) requires a

summary of the facts and opinions to which such witnesses will testify, and Plaintiffs' disclosures

provided neither.  *Id.*  Entergy states they identified the alleged Rule 26 deficiencies to Plaintiff

counsel prior to filing this Motion, but counsel failed to respond.  *Id.*  Defendant seeks to exclude

the testimony of Moffatt and Meeks.

Plaintiffs filed a Response and Brief in Support, along with a Motion for Leave to File

Supplemental Expert Disclosures.  ECF Nos. 37, 38.  In response, Plaintiffs argue the expert

disclosures were not untimely and that the disclosures did provide the necessary requirements of

Rule 26(a)(2)(C).  According to Plaintiffs, "out of abundance of caution" they have requested leave

1

to file a supplemental disclosure for witnesses Wendall Moffatt and James Meeks which provides greater detail of their expected testimony.  ECF No. 38.

To begin with, the initial expert disclosure filed by Plaintiffs was not untimely.  The deadline for filing was April 11, 2026, which fell on a Saturday.  ECF No. 31.  The disclosure was filed on the next Monday, April 13, 2026.  While the initial expert disclosure was limited in providing a summary of the facts and opinions of Moffatt and Meeks (ECF No. 32-1), the Court has reviewed the proposed Supplemental Expert Disclosure attached to Plaintiffs Motion for Leave, (ECF No. 37, pp. 5-9) and finds it complies with Rule 26(a)(2)(C).  Finally, the Court finds Defendant will not be harmed by allowing Plaintiffs leave to file their supplemental disclosure.  The current deadline to complete discovery is June 9, 2026.

Accordingly, Plaintiffs' Motion for Leave to File Supplemental Disclosure (ECF No. 37) is **GRANTED** and Plaintiffs shall serve their Supplemental Expert Disclosure within three (3) business days of this Order.  Further, Defendant Entergy's Motion to Exclude Expert Testimony (ECF No. 32) is **DENIED.**

SIGNED this **22nd day of May 2026.**

/s/ *Spencer G. Singleton*
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE